UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adam Resnick,

                Plaintiff,

        v.

Gregg Polsky,

                Defendant.

25-CV-10333 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of Plaintiff's Motion to Remand this action to state court. ECF No. 5. Defendant is **ORDERED** by January 5, 2026 to respond to Plaintiff's Motion, in a filing that complies with Local Rule 7.1. Plaintiff shall have an opportunity to reply by January 12, 2026.

SO ORDERED.

Dated:  December 22, 2025
        New York, New York

                                      DALE E. HO
                           United States District Judge