UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adam Resnick,<br><br>                    Plaintiff,<br><br>              v.<br><br>Gregg Polsky,<br><br>                    Defendant. | 25-CV-10333 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On May 15, 2026, the Plaintiff in this case requested the document at ECF No. 1-4 be

placed under temporary seal.  That request is **GRANTED** pending resolution of Plaintiff's

forthcoming letter motion to seal.

The Clerk of Court is respectfully directed to seal ECF No. 1-4 in this case.

SO ORDERED.

Dated: May 15, 2026
       New York, New York

_____
            DALE E. HO
    United States District Judge